# United States District Court

Northern _____ DISTRICT OF _____ California

Michael Fernandes            **E-filing**       SUMMONS IN A CIVIL CASE

V.                                              CASE NUMBER:

Willows Center Concord, LLC        CV 08    2448

MMC

TO: (Name and address of defendant)

Willows Center Concord, LLC
1975 Diamond Blvd., Concord, CA
94520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Telephone (925) 672-8452
Telefax (925) 673-1729

an answer to the complaint which is herewith served upon you, within  **20 (twenty)**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK                                                                    DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK