IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

    Plaintiff,

v.

WILLOWS CENTER CONCORD, LLC,

    Defendant

                               /

No. C-08-2448 MMC

**ORDER DENYING JOINT REQUEST TO OBVIATE MEDIATION REQUIREMENT**

      Before the Court is the parties' stipulation, filed November 21, 2008, "for Administrative Relief Obviating Mediation Requirement," in which the parties jointly request that they be excused from the requirement, set forth in General Order 56, subpart 6, that they attend a mediation.

      Having read and considered the parties' stipulation, the Court finds the parties have failed to show that a mediation will serve no useful purpose.

      Accordingly, the parties' joint request is hereby DENIED.

      **IT IS SO ORDERED.**

Dated: November 26, 2008

                                           MAXINE M. CHESNEY
                                           United States District Judge