**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | No. C-08-2448 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WILLOWS CENTER CONCORD, LLC, | |
| Defendant | |
| _____/ | |

Before the Court is plaintiff's Motion for Administrative Relief, filed January 27, 2009,[1] in which plaintiff states the above-titled matter did not resolve at the court-sponsored mediation and requests the Court set a case management conference.

Good cause appearing, the motion is hereby GRANTED.

The Court will conduct a Case Management Conference on March 13, 2009 at 10:30 a.m.; the parties shall file a Joint Case Management Statement no later than March 6, 2009.

**IT IS SO ORDERED.**

Dated:  February 9, 2009

MAXINE M. CHESNEY
United States District Judge

_____

[1]Plaintiff did not provide the Court with a chambers copy of the Motion for Administrative Relief.  For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically.  The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically.  The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"