Scott J. Ferrell, Bar No. 202091
Scott R. Hatch, Bar No. 241563
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
shatch@calljensen.com

Attorneys for Defendant Willows Center Concord, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>Plaintiff,<br><br>vs.<br><br>WILLOWS CENTER CONCORD, LLC,<br><br>Defendants. | Case No.  CV08-02448-MMC<br><br>[PROPOSED] ORDER RE TELEPHONIC APPEARANCE OF WILLOWS CENTER CONCORD LLC AT CASE MANAGEMENT CONFERENCE<br><br><br>Complaint Filed:   May 13, 2008<br>Trial Date:            None Set |

## ORDER

all counsel shall

Good cause appearing, it is ordered that ~~Defendant Willows Center Concord, LLC may~~ appear telephonically at the Case Management Conference scheduled for March 13, 2009 at 10:30 a.m.

Dated:  March 4, 2009 _____

_[signature]_

MAXINE M. CHESNEY
United States District Judge

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

[PROPOSED] ORDER RE TELEPHONIC APPEARANCE OF WILLOWS CENTER CONCORD LLC AT CASE
MANAGEMENT CONFERENCE