IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,   No. C-08-2448 MMC

    Plaintiff,   **ORDER OF DISMISSAL**

  v.

WILLOWS CENTER CONCORD, LLC,

    Defendant
_____/

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that plaintiff's claims alleged herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ten months of the date of this order, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: June 5, 2009

                                    MAXINE M. CHESNEY
                                    United States District Judge